IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT
APR 16 2019
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 19CR27-C |
| v. | 16 U.S.C. §3372(a)(1), 16 U.S.C. §3372(a)(3)(a) |
| TREY L JUHNKE | (Lacey Act Violation) |
| Defendant(s). | |

### AMENDED INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 12, 2018, within in the exterior boundaries of Yellowstone National Park in the District of Wyoming, the Defendants, **TREY L JUHNKE**, did knowingly and intentionally transport wildlife (a dead mountain lion; Puma Concolor) which was possessed in violation of 36 C. F. R. § 2.2 (a)(1) as defined in 36 C. F. R. § 1.4; and did aid and abet in the commission of said offense.

All in violation of 16 U.S.C. § 3372 (a)(1) & 16 U.S.C. § 3373 (d)(2) and 18 USC section 2.

DATED this 16th day of April, 2019.

Mark A. Klaassen
United States Attorney

By: _____
Francis Leland Pico
Assistant United States Attorney

# PENALTY SUMMARY

**DEFENDANT NAME:**   TREY L JUHNKE

**DATE:**   January 28, 2019

**INTERPRETER NEEDED:**   \_\_\_\_ Yes   \_X\_ No

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

\_\_\_\_ **Cheyenne**   \_\_\_\_ **Casper**   \_\_\_\_ **Lander**   \_X\_ **No Preference**

**VICTIM:**   \_\_\_\_ Yes   \_X\_ No

**OFFENSE:**   16 U.S.C. §3372(a)(1), 16 U.S.C. §3372(a)(3)(a)

**(Lacey Act Violation)**

**PENALTY:**   Maximum of 1 year in jail
Maximum of $10,000
Up to 5 years of probation

**Agent:**   NPS
**AUSA:**   Francis LeLand Pico

**ESTIMATED TIME OF TRIAL:**   \_\_\_\_ 1-5 days   \_\_\_\_ more than 5 days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

\_\_\_\_ Yes   \_X\_ No

**The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:**

\_\_\_\_ Yes   \_X\_ No