# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



| UNITED STATES OF AMERICA | |
|---|---|
| vs | Case Number(s): 5:19CR027-MLC |
| TREY L. JUHNKE | Defendant's Attorney(s)<br>JON HESSE |

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT pled guilty to charge put forth in Information.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Violation Number |
|---|---|---|---|
| 16 U.S.C. §3372(a)(1), & 16 U.S.C. §3373(d)(2) and 18 U.S.C. section 2 | Lacey Act Violation | December 12, 2018 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **N/A**

April 16, 2019
Date of Imposition of Sentence

Mark L. Carman
United States Magistrate Judge

4-16-2019
Date

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of 3 years.

While on probation, the defendant shall not commit another federal, state, tribal, or local crime.

The defendant shall make special assessment and restitution as ordered by the Court and is required to notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations. The defendant shall pay $25 special assessment by April 30, 2019 and imposed restitution by April 1, 2020.

The defendant is banned from entering the exterior boundaries of Yellowstone National Park for a period of 3 years affective at 5:00 p.m. today.

The defendant is banned from all hunting, fishing and trapping activities worldwide effective immediately, April 16, 2019 through the period of unsupervised probation terminating April 16, 2022.

## FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Citation Number | Assessment | Processing Fee | Restitution | Community Service Payment | Fine | Total Amount Due |
|---|---|---|---|---|---|---|
| NOTES: | $25.00 | | $1,666.66 | | | $1,691.66 |
| **Totals:** | $25.00 | $0.00 | $1,666.66 | $0.00 | $0.00 | $1,691.66 |

## FINE, RESTITUTION, and COMMUNITY SERVICE PAYMENT

The fine and/or restitution includes any costs of incarceration and/or supervision. The fine, which is due immediately, is inclusive of all penalties and interest, if applicable. Restitution, if applicable, is for response, assessment, restoration and monitoring activities for injuries to park system resources.

The defendant shall pay interest on any fine and/or restitution of more than Two Thousand Five Hundred Dollars ($2,500.00), unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

The court has determined that the defendant does not have the ability to pay interest or penalties and it is ordered that:

> The interest and penalties not be applied to fine and/or restitution.

## RESTITUTION/COMMUNITY SERVICE PAYMENT

The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution | Priority Order of Payment |
|---|---|---|
| Office of the Clerk<br>United States District Court<br>2120 Capitol Avenue<br>2nd Floor, Room 2131<br>Cheyenne, WY  82001 | $1,666.66 | |
| | $0.00 | |

Each restitution and community service payment shall be divided proportionately among the payees named unless specified in the priority payment column above.

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due in full by April 30, 2019 and April 1, 2020.

---

## MONETARY OBLIGATIONS / FORFEIT PROPERTY

$1,666.66 restitution payment due in full not later than April 1, 2020, payable to Clerk, U.S. District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, WY 82001 (or call with credit card 307-433-2120), and shall reference the defendant's case number(s), 5:19CR027-MLC.

$25.00 due in full not later than April 30, 2019, payable to Clerk, U.S. District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, WY 82001 (or call with credit card 307-433-2120), and shall reference the defendant's case number(s), 5:19CR027-MLC.